IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CHARLES JONES and CHUCK JONES AND ASSOCIATES, INC., an Oregon corporation, | 3:11-CV-01012-BR |
| | JUDGMENT |
| Plaintiffs, | |
| v. | |
| THE H GROUP, INC., an Oregon corporation; CHRISTOPHER HICKS; TODD SAKODA; and FOCUSPOINT SOLUTIONS, INC., an Oregon corporation, | |
| Defendants. | |

Based on the Court's Opinion and Order (#15) issued January 23, 2012, the Court **DISMISSES** Plaintiffs' claims for violation of the Stored Wire and Electronic Communications Act (SWECA), 18 U.S.C. §§ 2701, **with prejudice**. The Court **DISMISSES**

1 - JUDGMENT

Plaintiffs' state-law claims **without prejudice.**

    IT IS SO ORDERED.

    DATED this 23rd day of January, 2012.

                                       /s/ Anna J. Brown

                                       ANNA J. BROWN
                                       United States District Judge